1  Allison R. Schmidt SBN: 10743
2  GHIDOTTTI | BERGER
   8716 Spanish Ridge Ave., #115
3  Las Vegas, NV 89148
   Tel: (949) 427-2010
4  Fax:  (949) 427-2732
   Email: Aschmidt@ghidottiberger.com
5  *Attorney for Defendants Servis One, Inc.*
   *dba BSI Financial Services, Chalet Series*
6  *III Trust, and Gagan Sharma, Shellpoint*
7  *Mortgage Servicing, and the NRZ*
   *Pass-Through Trust VII*
8

9              **UNITED STATES DISTRICT COURT**

10                    **DISTRICT OF NEVADA**

11
   WILLIAM D. MCCANN,                          Case No.:  3:19-cv-00573-RCJ-WGC
12
            Plaintiff
13
   v.                                          **STIPULATION AND ORDER TO**
14                                              **EXTEND TIME TO RESPOND TO**
   QUALITY LOAN SERVICES                       **PLAINTIFF'S MOTION TO REMAND**
15 CORPORATION; OCWEN LOAN                     **[DKT. NO. 7]**
   SERVICING, LLC; NEW RESIDENTIAL
16 INVESTMENT CORPORATION dba
   SHELLPOINT PARTNERS dba
17 SHELLPOINT MORTGAGE SERVICING;
   NATIONSTAR MORTGAGE, LLC dba
18 MR. COOPER; SERVIS ONE, INC dba
   BSI MORTGAGE SERVICING,
19 DEUTSCHE BANK TRUST COMPANY
   AMERICAS; US BANK TRUST, NA;
20 RESIDENTIAL ACCREDIT LOANS,
   INC.; NRZ PASS THROUGH TRUST VII,
21 A PURPORTED MORTGAGE POOL
   PURPORTEDLY REGISTERED IN THE
22 STATE OF DELAWARE; CHALET
   SERIES III TRUST, A PURPORTED
23 MORTGAGE POOL PURPORTEDLY
   REGISTERED IN THE STATE OF
24 DELAWARE; 2005QA1 A PURPORTED
   MORTGAGE POOL PURPORTEDLY
25 REGISTERED IN THE STATE OF
   DELAWARE; INKU NAM, ESQ.;
26 GAGAN SHARMA; BLACK AND WHITE
   FOREIGN LAW PARTNERSHIPS 1
27 THROUGH 10; BLAK AND WHITE
   ATTORNEYS ADMITTED TO
28 PRACTICE IN THE STATE OF NEVADA
   1 THROUGH 10; BLACK AND WHITE

                                    1

CORPORATE DEFENDANTS 1 THROUGH 10; BLACK AND WHITE INDIVIDUALS 1 THROUGH 10

   Defendants.

Defendants Servis One, Inc. dba BSI Financial Services, Chalet Series III Trust, and Gagan Sharma, Shellpoint Mortgage Servicing, and the NRZ Pass-Through Trust VII and Plaintiff William McCann, by and through their respective counsel of record hereby agree to extend the deadline for Defendants herein to respond to Plaintiff's Motion to Remand [Dkt. No. 7], currently due on October 21, 2019, by seven (7) days, up to and including **October 28, 2019**

DATED this 21st day of October, 2019.

| GHIDOTTTI | BERGER | ALLISON MACKENZIE, LTD. |
|---|---|
| *s/ Allison R. Schmidt*<br>Allison R. Schmidt SBN: 10743<br>87166 Spanish Ridge Ave., #115<br>Las Vegas, NV 89148<br>Tel: (949) 427-2010<br>Fax: (949) 427-2732<br>Email: Aschmidt@ghidottiberger.com<br>*Attorney for Defendants Servis One, Inc. dba BSI Financial Services, Chalet Series III Trust, and Gagan Sharma, Shellpoint Mortgage Servicing, and the NRZ Pass-Through Trust VII* | *s/ Justin Townsend*<br>Justin Townsend, Esq.<br>402 N. Division Street<br>P.O. Box 646<br>Carson City, NV 89702<br>(775) 687-0202 telephone<br>(775) 882-7918 fax<br>email: jtownsend@allisonmackenzie.com<br>*Attorney for Plaintiff* |

…

IT IS SO ORDERED this 25th day of October, 2019.

_____
ROBERT C. JONES