JUSTIN TOWNSEND, ESQ. SBN #12293
**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, Nevada 89703
Telephone: (775) 687-0202
jtownsend@allisonmackenzie.com

WILLIAM D. McCANN, ESQ. SBN #12038
P. O. Box 370
Genoa NV 89411
Telephone: (775) 200-0627
wdmccann@gmail.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM D. McCANN, | Case No. **3:19-cv-00573-RCJ-WGC** |
| Plaintiff, | |
| vs. | |
| Quality Loan Service Corporation, et al., | |
| Defendants. | |

## ORDER TO EXTEND TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS [ECF 42]

Plaintiff, WILLIAM D. McCANN, and Defendants, Servis One, Inc. dba BSI Financial Services, Chalet Series III Trust, and Gagan Sharma, Shellpoint Mortgage Servicing, and the NRZ Pass-Through Trust VII, by and their respective counsel of record hereby agree to extend the deadline for Plaintiff to respond to Defendants' Motion to Dismiss [ECF 42], currently due on November 19, 2019, by thirteen (13) days, up to and including **December 2, 2019**.

///

///

///

1

DATED this 13th day of November, 2019.

GHIDOTTI BERGER
8716 Spanish Ridge Avenue, #115
Las Vegas, NV 89148
Telephone: (702) 600-3200
Email: aschmidt@ghidottiberger.com

By: */s/ Allison R. Schmidt*
ALLISON R. SCHMIDT, ESQ.
Nevada State Bar No. 10743

Attorneys for Defendants, Servis One, Inc. dba BSI Financial Services, Chalet Series III Trust, and Gagan Sharma, Shellpoint Mortgage Servicing, and the NRZ Pass-Through Trust VII

~ and ~

**ALLISON MacKENZIE, LTD.**
402 North Division Street
Carson City, NV 89703
(775) 687-0202
jtownsend@allisonmackenzie.com

By: */s/ Justin M. Townsend*
JUSTIN M. TOWNSEND, ESQ.
Nevada State Bar No. 12293

Attorneys for Plaintiff,
WILLIAM D. McCANN

**O R D E R**

IT IS SO ORDERED.

DATED this 13th day of November, 2019.

_____
ROBERT C. JONES, Judge

2