1  MELANIE D. MORGAN, ESQ.
   Nevada Bar No. 8215
2  DONNA M. WITTIG, ESQ.
   Nevada Bar No. 11015
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:    (702) 634-5000
5  Facsimile:    (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: donna.wittig@akerman.com

7  *Attorneys for defendant Nationstar Mortgage LLC
   d/b/a Mr. Cooper*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| WILLIAM D. MCCANN,<br><br>Plaintiff,<br><br>v.<br><br>QUALITY LOAN SERVICE CORPORATION, a Washington Corporation,<br>OCWEN LOAN SERVICING LLC a Delaware Corporation, dba OCWEN Financial Corporation,<br>NEW RESIDENTIAL INVESTMENT CORPORATION DBA SHELLPOINT PARTNERS, DBA SHELLPOINT MORTGAGE SERVICING, a Delaware Corporation<br>NATIONSTAR MORTGAGE LLC DBA 'MR. COOPER', a Delaware Corporation<br>SERVIS ONE, INC., DBA BSI MORTGAGE SERVICING, a Delaware Corporation<br>DEUTSCHE BANK TRUST COMPANY AMERICAS, a Delaware Corporation<br>US BANK TRUST, N.A., an FDIC regulated financial institution chartered by the State of Delaware<br>RESIDENTIAL ACCREDIT LOANS, INC. 2005QA1 a purported 'Mortgage Pool' registered with the State of Delaware<br>NRZ PASS THROUGH TRUST VII, a 'Mortgage Pool',<br>CHALET SERIES III TRUST, a purported 'Mortgage Pool' purportedly registered in the State of Delaware<br>INKU NAM, ESQ., an individual licensed to | Case No.: 3:19-cv-00573-RCJ-WGC<br>Consolidated with: 3:19-cv-00584-RCJ-WGC<br><br>**ORDER DISMISSING NATIONSTAR MORTGAGE LLC DBA MR. COOPER WITH PREJUDICE** |

1

50730696;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

practice law in the State of Nevada and a domiciliary of the State of Nevada
GAGAN SHARMA, a domiciliary of the State of Texas
BLACK AND WHITE FOREIGN LAW PARTNERSHIPS 1 through 10
BLACK AND WHITE ATTORNEYS ADMITTED TO PRACTICE IN THE STATE OF NEVADA 1 through 10
BLACK AND WHITE CORPORATE DEFENDANTS 1 through 10
BLACK AND WHITE INDIVIDUALS 1 through 10

Defendants.

Plaintiff William D. McCann and defendant Nationstar Mortgage LLC d/b/a Mr. Cooper, by and through their counsel of record, stipulate to the dismissal, with prejudice, of all claims alleged by plaintiff in the complaint against Nationstar Mortgage LLC d/b/a Mr. Cooper pursuant to Federal Rule of Civil Procedure 41(a)(2), each party to bear its own fees and costs.

DATED: November 18th, 2019.

DATED: November 18th, 2019.

**AKERMAN LLP**

*/s/ Donna M. Wittig*
MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
DONNA M. WITTIG, ESQ.
Nevada Bar No. 11015
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for defendant Nationstar Mortgage LLC d/b/a Mr. Cooper*

*/s/ William D. McCann*
WILLIAM D. MCCANN
Nevada Bar No. 12038
P.O. Box 370
Genoa, Nevada 89411

ALLISON MACKENZIE LTD.
JUSTIN TOWNSEND
Nevada Bar No. 12293
402 North Division Street
Carson City, Nevada 8970

*Attorneys for plaintiff William D. McCann*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED: November 21, 2019**